# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE,<br>    Plaintiff,<br><br>        v.<br><br>SAKURA OF TOKYO INT'L CORP.,<br>    Defendant. | CV 20-416 DSF (JEMx)<br><br>Order to Show Cause re Dismissal |

    On August 7, 2020, Plaintiff filed a motion for default judgment. The motion has two defects that must be corrected before judgment could be entered. On October 5, 2020, the Court issued its Order re Motion for Default Judgment advising Plaintiff of the defects and the necessity of correcting them. The Court granted Plaintiff until October 19, 2020 to cure the defects by submitting a supplement to the motion or the motion would be denied. No supplement has been submitted. To conserve judicial resources and ensure that this matter is resolved in a timely manner, the Court now issues this Order to Show Cause re Dismissal.

    Plaintiff may avoid dismissal by supplementing his motion no later than November 23, 2020 to establish a reasonable probability that he would return to this Defendant's business. Failure to do so will result in dismissal for failure to prosecute and failure to establish his claim.

Failure to comply with the Court's Order re Fees will result in denial of the request for fees.

    IT IS SO ORDERED.

Date: November 9, 2020

*Dale S. Fischer*

Dale S. Fischer
United States District Judge